David R. Gross (DG6431)
Whitney R. Chelnik (WC5643)
**SAIBER, SCHLESINGER, SATZ & GOLDSTEIN**
Gateway 1, 13th Floor
Newark, New Jersey 07102
(973) 622-3333

Kevin E. Irwin (KI3828)
Michael L. Scheier (MS9173)
**KEATING, MUETHING & KLEKAMP, P.L.L.**
1400 Provident Tower
One East Fourth Street
Cincinnati, OH  45202
(513) 579-6400
Counsel for the Legal Representative of Present
And Future Holders of Asbestos-Related Demands

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) Hon. Rosemary Gambardella, |
| | ) Chief Judge |
| G-I HOLDINGS INC., | ) CASE NO. 01-30135 (RG) |
| | ) |
| Debtor. | ) |
| | ) |

I, Diane M. Souza, hereby certify as follows:

1. I am a legal assistant to David R. Gross, Esq.

2. On December 19, 2002, I caused to be served copies of the Application of the Legal Representative of Present and Future Holders of Asbestos-Related Demands for an Order *Nunc Pro* Tunc Authorizing the Employment and Substitution of Saiber, Schlesinger, Satz & Goldstein, LLC as Local Counsel; Affidavit and Disclosure Statement of David R. Gross in Support of the Application to Employ Saiber, Schlesinger, Satz &

{00277212.DOC}

Goldstein, LLC as Local Counsel to the Legal Representative of Asbestos Related Demands and proposed form of Order which were electronically filed with the Court on December 18, 2002, upon the following parties in the manner indicated:

a.  all parties on the annexed counsel list via regular mail; and

b.  the following parties via Federal Express:

  C. Judson Hamlin, Esq.
  Kevin E. Irwin, Esq.
  Michael L. Scheier, Esq.
  Kathryn Turner, Esq.
  Dennis O'Grady, Esq.
  Mark E. Hall, Esq
  Trevor Swett, Esq.
  Jeffrey Prol, Esq.
  Kenneth Rosen, Esq.
  Edward Bond
  Mitchell B. Hausman, Esq.
  Richard Weinberg, Esq.
  Timothy Wyant

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                              /s/ Diane M. Souza
                              DIANE M. SOUZA

Dated:  December 19, 2002

{00277212.DOC}