

**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI** LLP

ATTORNEYS AT LAW

**Mark E. Hall**
Partner

<u>Direct:</u>
T: 973.451.8439
F: 973.451.8659
mhall@riker.com
Reply to: Morristown

August 25, 2009

**<u>VIA FEDERAL EXPRESS</u>**

Ms. Sharon Moore, Courtroom Deputy
United States Bankruptcy Court
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street, Third Floor
Newark, New Jersey 07102

Re:    In re G-I Holdings Inc., <u>et al.</u>
       Case Nos. 01-30135 (RG) and 01-38790 (RG)
       Jointly Administered
       Scheduled Hearing Date:    September 1, 2009 at 11:00 a.m.
       <u>Adjourned Hearing Date:    September 10, 2009 at 11:00 a.m.</u>

Dear Ms. Moore:

I am writing to confirm our recent conversations, wherein the Court adjourned the hearings from September 1, 2009 to **September 10, 2009 at 11:00 a.m.** regarding the following Motions:

1.  Motion of G-I Holdings Inc. for an Order Pursuant to Bankruptcy Rule 9019(A) Approving Settlement with the WFUM Pools Scheme Insurance Companies in Liquidation; and

2.  Motion of G-I Holdings Inc. for an Order Pursuant to Bankruptcy Rule 9019(A) Approving Settlement with Allstate Insurance Company, Successor in Interest to Northbrook Excess and Surplus Insurance Company, Formerly Known as Northbrook Insurance Company.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com

Ms. Sharon Moore
August 25, 2009
Page 2

By copy of this letter, I am informing all parties-in-interest.

Very truly yours,

Mark E. Hall

MEH/sd

cc:  (Via First Class Mail)
     Core Service List
     2002(g) Service List
     Michael D. Lichtenstein, Esq.
     Brian P. Muething, Esq.
     Anthony Bartell, Esq.
     Gary Wilcox, Esq.
     David Thomas, Esq.
     Helen Burdett
     Robin L. Cohen, Esq.
     Mitchell S. Goldgehn, Esq.
     Jared Zola, Esq.
     Dan Goldstein, Esq.
     Frank Boenning, Esq.
     Thomas V. Potocki
     Renee Greaves

In re G-I Holdings Inc., et al.
Case Nos. 01-30135 and 01-38790 (RG)
<u>CORE SERVICE LIST</u>

| | |
|---|---|
| General Counsel<br>G-I Holdings Inc.<br>1361 Alps Road<br>Wayne, NJ 07470 | Mitchell B. Hausman, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 |
| Kevin E. Irwin, Esq.<br>Michael L. Scheier, Esq.<br>Keating, Muething & Klekamp, P.L.L.<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, OH 45202 | Martin J. Bienenstock, Esq.<br>Timothy Q. Karcher, Esq.<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| Elihu Inselbuch, Esq.<br>Rita Tobin, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 | Kenneth A. Rosen, Esq.<br>Jeffrey D. Prol, Esq.<br>Lowenstein Sandler, P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Peter Van N. Lockwood, Esq.<br>Trevor W. Swett, III, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005-5802 | Hon. C. Judson Hamlin<br>Purcell, Ries, Shannon, Mulcahy & O'Neill<br>One Pluckemin Way<br>P.O. Box 754<br>Bedminster, NJ 07921 |
| David R. Gross, Esq.<br>Nancy A. Washington, Esq.<br>Saiber LLC<br>Gateway 1, 13th Floor<br>Newark, NJ 07102-5311 | Theodore Gewertz, Esq.<br>Wachtell Lipton Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 |
| Mark A. Belnick, Esq.<br>Law Offices of Mark A. Belnick, LLC<br>300 Central Park West, Suite 17G<br>New York, New York 10024 | Andrew Rossman, Esq.<br>Christopher Kercher, Esq.<br>Quinn Emanuel, Urquhart<br>Oliver & Hedges, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |

3145733.1

**G-I Holdings Inc., et al.**
**Case Nos. 01-30135 and 01-38790 (RG)**
**2002(g) SERVICE LIST**

Robert J. Cleary, Esq.
United States Attorney
970 Broad Street
Newark, NJ 07102

Center for Claims Resolution
Attention: Mr. Lawrence Fitzpatrick
Princeton Pike Corp. Center
1009 Lenox Drive
Building 4, Suite 101
Lawrenceville, NJ 08648

Law Offices of Peter G. Angelos
Theodore Duff, Adam Heinlein
Attention: Armand J. Volta, Esq.
One Charles Center, 100 N. Charles Street
Baltimore, MD 21201

Michael P. Richman, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Paul M. Matheny, Esq.
The Law Offices of Peter G. Angelos, P.C.
210 W. Pennsylvania Avenue
Suite 300
Towson, MD 21204-4546

John Guiliano
Vice President
The Bank of New York
101 Barclay Street
21 West
New York, NY 10286

Nancy Worth Davis, Esq.
Joseph F. Rice, Esq.
Ness, Motley, Loadholt, Richardson & Poole, P.A.
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Waters & Kraus
Ed Ford
Attention: Peter Kraus, Esq./Mark Iola, Esq.
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204-7495

Michael P. Cascino, Esq.
Cascino Vaughn Law Offices, Ltd.
220 S. Ashland
Chicago, IL 60607

Matthew R. Oakes, Esq.
Environmental Defense Section
Natural Resources Section
P.O. Box 23986
Washington, D.C. 20026-3986

James Gadsden, Esq.
Carter, Ledyard & Millburn
2 Wall Street
New York, NY 10005-2072

Harold S. Horwich, Esq./Gregory W. Nye, Esq.
Bingham McCutchen LLP
1 State Street, #21
Hartford, CT 06103-3102

**G-I Holdings Inc., et al.**
**Case Nos. 01-30135 and 01-38790 (RG)**
<u>**2002(g) SERVICE LIST**</u>

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

Steven J. Kherkher, Esq.
Williams Bailey Law Firm, L.L.P.
8841 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

Peter Hsiao, Esq.
Morrison & Foerster, LLP
555 West 5th Street, Suite 3500
Los Angeles, CA 90013

Joseph E. Hunsader, Esq.
Charles M. Flesch, Esq.
Nicole M. Elliott, Esq.
John J. LoCurto, Esq.
Trial Attorneys, Tax Division
Civil Trial Section, Eastern Region
U.S. Department of Justice
555 4th Street, N.W., Room 6834
Washington, DC 20001

Richard G. Placey, Esq.
Montgomery, McCracken, Walker &
Rhoads, LLP
457 Haddonfield Road, 6th Floor
Cherry Hill, NJ 08002

Patrick L. Hughes, Esq.
JoAnn Lippman, Esq.
Haynes and Boone, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Mark Thompson, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Deborah J. Bisco, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC 20005-4026

Patricia C. Henry, Esq.
Assistant Attorney General
Office of the Attorney General
Bankruptcy & Collections Division, MC-008
P.O. Box 12548
Austin, TX 78711-2548

Julia Cannarozzi, Esq./Craig Connell, Esq.
Robert F. Saal, Esq.
Internal Revenue Service, Office
of Chief Counsel
One Newark Center, Suite 1500
Newark, NJ 07102-5224

Alan Kellmna, Esq.
Martime Asbestosis Legal Clinic, a division
of The Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
Detroit, MI 48226

2

G-I Holdings Inc., et al.
Case Nos. 01-30135 and 01-38790 (RG)
**2002(g) SERVICE LIST**

C. Sanders McNew, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
17th Floor
New York, NY 10038

Dianne M. Shawley, Esq.
David L. Gordon, Esq.
David E. Street, Esq.
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Charles S. Siegel, Esq.
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Richard M. Meth, Esq.
Pitney, Hardin, Kipp & Szuch LLP
200 Campus Drive
Florham Park, NJ 07932-0950

Nancy Isaacson, Esq.
Goldstein Isaacson, PC
100 Morris Avenue, 3rd Floor
Springfield, NJ 07081

Anthony J. Majestro, Esq.
Masters & Taylor, L.C.
181 Summers Street
Charleston, W. VA 25301-2177

Patricia B. Santelle, Esq.
John S. Anooshian, Esq.
Joseph G. Gibbons, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Anthony Labruna
Assistant United States Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102

Joseph T. Kremer, Esq.
Lipsitz, Green, Fahringer, Roll,
Salisbury & Cambria LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202-3857

William S. Katchen, Esq.
Michael F. Hahn, Esq.
Duane Morris
744 Broad Street
Suite 1200
Newark, NJ 07102-3389

Robert L. Moore, Esq.
Heaton and Moore, P.C.
One Hundred North Main Building
Suite 3400
Memphis, TN 38103-0534

William V. Cox, Esq.
1755 Blake Street, Suite 225
Denver, CO 80202

G-I Holdings Inc. , et al.
Case Nos. 01-30135 and 01-38790 (RG)
**2002(g) SERVICE LIST**

Thomas Wilson, Esq.
Kelley & Ferraro LLP
127 Public Square, Suite 2200
Cleveland, OH 44114-1312

Michael J. Dell, Esq.
Natan M. Hamerman, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Robert Jacobs, Esq.
Marla Rosoff Eskin, Esq.
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Frederick M. Baron, Esq.
Russel W. Budd, Esq.
Alan B. Rich, Esq.
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281

Mark H. Iola, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Internal Revenue Service
Special Procedures
P.O Box 744
Springfield, NJ 07081

Henry J. Stukey, Jr., President
Terra Hydr Inc.
P.O. Box 3616
Portland, OR 97208

Jan M. Hayden, Esq
William H. Patrick, Esq.
Tristan E. Manthey, Esq.
Greta M. Brouphy, Esq.
Heller, Draper, Hayden, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Michael A. Rosenthal, Esq.
Keith D. Ross, Esq.
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201

David O. McCormick, Esq.
Cumbest, Cumbest, et al.
729 Watts Ave., POB 1287
Pascagoula, MS 39568-1287

Pamela Wise, Esq.
Wise & Jullian, PC
3555 College Avenue
P.O. Box 1108
Alton, IL 62002

John D. Cooney, Esq.
Cooney & Conway
120 North LaSalle St, 30th Floor
Chicago, IL 60602

G-I Holdings Inc., et al.
Case Nos. 01-30135 and 01-38790 (RG)
2002(g) SERVICE LIST

Matthew Bergman, Esq.
Weinstein and Bergman
P.O. Box 2010
Vashon, WA 98070-2010

Steve Kherkher, Esq.
Williams Bailey, LLP
8441 Gulf Freeway
Houston, TX 77017

Mark C. Meyer, Esq.
Goldberg, Persky, et als.
1030 Fifth Ave., 3rd Flr.
Pittsburgh, PA 15219-6295

Peter D. Russin, Esq.
Meland Russin Hellinger & Budwick, P.A.
3000 Wachovia Financial Center
200 S. Biscayne Boulevard
Miami, FL 33131

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067

Kurt S. Kusiak, Esq.
Sally & Fitch
One Beacon Street, 16th Floor
Boston, MA 02108

John D. Huige, Esq.
35550 Jeffers Court
Harrison Township, MI 48045-3226

Janet Fitzpatrick, Legal Assistant
Unisys Corporation
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

Glenn R. Reiser, Esq.
LoFaro & Reiser, L.L.P.
55 Hudson Street
Hackensack, NJ 07601

Securities and Exchange Commission
Attn: H. Christopher Owings
450 5th Street, N.W.
Washington, D.C. 20549

Traci L. Cotton, Esq.
The University of Texas System
Office of General Counsel
201 West Seventh Street
Austin, TX 78701

Valerie F. Mauceri, Esq.
Law Department
The Port Authority of New York and New Jersey
Office of Hugh H. Welsh, Esq.
225 Park Avenue South – 13th Floor
New York, NY 10003

G-I Holdings Inc., et al.
Case Nos. 01-30135 and 01-38790 (RG)
**2002(g) SERVICE LIST**

Anne Milgram, Esq.
Franklin L. Widmann, Esq.
Rachel Jeanne Lehr, Esq.
Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

Holmes P. Harden, Esq.
Maupin Taylor, P.A.
3200 Beechleaf Court, Suite 500
Raleigh, NC 27604

Edward P. Bond, CPA, CFE, CIRA
Bederson & Company LLP
405 Northfield Avenue
West Orange, NJ 07052

Sergio I. Scuteri, Esq.
William G. Wright, Esq.
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ 08054

John B. Kearney, Esq.
Kearney & Schweitzer, P.C.
210 White Horse Pike
P.O. Box 279
Haddon Heights, New Jersey 08035

Anthony Bartell, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652

Cornell University
Office of the University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Craig Goldblatt, Esq.
Ms. Patricia Doctor
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037-1420

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Troy A. McPeak, Esq.
Natural Resources and Environmental Protection Cabinet
Fifth Floor, Capital Plaza Tower
Frankfort, KY 40601

David E. Cherry, Esq.
Campbell, Cherry, Harrison, Davis, Dover, P.C.
P.O. Drawer 21387
Waco, TX 76702-387

Stephen H. Roth, Esq.
62 Summit Avenue
Hackensack, NJ 07601

G-I Holdings Inc., et al.
Case Nos. 01-30135 and 01-38790 (RG)
**2002(g) SERVICE LIST**

Jeffrey Cianciulli, Esq.
Weir & Partners
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107-3501

Michael Luskin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Scott W. Wert, Esq.
Foster & Sear, L.L.P.
817 Greenview Drive
Grand Prairie, TX 75050

John Driscoll, Esq.
Societe Generale/NY Custody
1221 Avenue of the Americas
New York, NY 10020

MaryJo Bellew, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Marilyn A. Kueper, Esq.
Raymond J. Callery, Esq.
Assistant Attorneys General
Asbestos Litigation Bureau
Office of Illinois Attorney General
500 South Second Street
Springfield, IL 62706

Richard N. Gray, Esq.
Anthony L. Tersigni, Esq.
Meyers Tersigni Feldman & Gray LLP
14 Wall Street, 19th Floor
New York, NY 10005-2101

Arvelia Holland, Esq.
PO Box 13144
Sacramento, CA 95813

Elizabeth McGovern, Esq.
Reed Smtih LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540

Ian P. Cloud, Esq.
Heard, Robins, Cloud & Lubel, L.L.P.
3800 Buffalo Speedway, 5th Floor
Houston, TX 77098

Christopher R. Momjian, Esq.
Senior Deputy Attorney General
PA I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Robert Roberts, Esq.
David Smith-Watts, Esq.
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

7

G-I Holdings Inc., et al.
Case Nos. 01-30135 and 01-38790 (RG)
**2002(g) SERVICE LIST**

Amy L. Horner, Esq.
US Department of Interior
Environmental Restoration Branch
1849 C Street, NW (MS 2266)
Washington, DC 20240

M.E. Rolle
National Oceanic and Atmospheric Administration
Office of General Counsel
263 13th Ave. S., Suite 177
St. Petersburg, FL 33701

Christopher J. Christie, Esq.
United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

Catherine Barnett Wilson
3M Office of General Counsel
3M Center, Bldg. 220-9E-02
St. Paul, MN 55144-10002

Paul H. Deutch, Esq.
Troutman Sanders LLP
1 Riverfront Plaza, 3rd Floor
Newark, NJ 07102

Hollace T. Cohen, Esq.
Brett D. Goodman, Esq.
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

2997662.1