PAUL J. FISHMAN
United States Attorney

SUSAN STEELE
Assistant U.S. Attorney

JAN M. GEHT (JMG 3272)
ARI D. KUNOFSKY (ADK 4289)
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station
Post Office Box 227
Washington, D.C. 20044
(202) 353-9187
Counsel for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| | ) Case No.  2:09-cv-05031 (GEB) |
| G-I HOLDINGS INC., et al., | ) |
| | ) Case Nos. 01-30135 (RG), 01-38790 (RG) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Honorable Garret Brown |
| | ) Honorable Rosemary Gambardella |

## NOTICE OF APPEAL

The United States, a creditor and objector to the plan of reorganization, hereby appeals to the United States Court of Appeals for the Third Circuit under 28 U.S.C. §1291 from the *Confirmation Order* entered by District Judge Garret Brown and Bankruptcy Judge Rosemary Gambardella on November 12, 2009 (Case no. 2:09-cv-05031, docket no. 11.).  On September 29, 2009, the District Court withdrew the

reference of the plan confirmation hearing pursuant to 28 U.S.C. § 157(d) and authorized the Bankruptcy Judge to co-preside with the District Court Judge over the plan confirmation hearing. (Case no. 2:09-cv-050301, docket no. 1.).

In addition to the United States, the names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed as follows:

*The Debtors, G-I Holding, Inc. & ACI, Inc.*

Martin J. Bienenstock, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019

Dennis J. O'Grady, Esq.
Mark E. Hall, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
One Speedwell Avenue
P.O. Box 1981
Morristown, New Jersey 07962-1981

Andrew J. Rossman, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue 22nd Floor
New York, New York  10010

*The Official Committee of Asbestos Claimants*

Jeffrey D. Prol, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Trevor W. Swett, III, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

*The Legal Representative of Present and Future Holders of Asbestos-Related Demands*

Kevin E. Irwin, Esq.
Michael L. Scheier, Esq.
Robert G. Sanker, Esq.
Keating, Muething & Klekamp, LLP
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

David R. Gross, Esq.
Nancy A. Washington, Esq.
Saiber Schlesinger Satz & Goldstein, LLC
One Gateway Center, 13th Floor
Newark, New Jersey 01702



///
///

4802333.7

*Office of the United States Trustee*

Mitchell B. Hausman, Esq.
Assistant United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Date: November 13, 2009

          Respectfully submitted,

          PAUL J. FISHMAN
          United States Attorney

          /s/ Ari D. Kunofsky
          JAN M. GEHT (JMG 3272)
          ARI D. KUNOFSKY (ADK 4289)
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          Ben Franklin Station
          Post Office Box 227
          Washington, D.C. 20044
          Tel. (202) 353-9187
          Telecopier: (202) 514-6866
          Ari.D.Kunofsky@usdoj.gov

          *Counsel for the United States*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I caused service of the foregoing *Notice of Appeal* to be made on November 13, 2009 via ECF to all counsel of record through the Clerks of the District Court and Bankruptcy Court.

/s/ Ari D. Kunofsky
ARI D. KUNOFSKY (ADK 4289)
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station
Post Office Box 227
Washington, D.C. 20044
Tel. (202) 353-9187
Telecopier: (202) 514-6866
Ari.D.Kunofsky@usdoj.gov