FILED
JAMES J. WALDRON, CLERK
NOV 1 6 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>G-1 HOLDINGS INC. (f/k/a GAF Corporation), and ACI Inc.,<br><br>Debtors. | Case No. 09-CV-05031 (GEB)<br><br>Hon. Garrett E. Brown Jr. C.U.S.D.J. |
|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>G-1 HOLDINGS INC. (f/k/a GAF Corporation), and ACI Inc.,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case Nos. 01-30135 (RG) & 01-38790 (RG)<br>(Jointly Administered)<br><br>Hon. Rosemary Gambardella, U.S.B.J. |
|---|---|

### ORDER DENYING UNITED STATES' MOTION TO RECONSIDER A STAY OF CONSUMMATION OF CONFIRMATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

This matter having come before the Court on the Motion of the United States to Reconsider a Stay of Consummation of Confirmation; and the Court having reviewed and considered the submissions by the United States and objections thereto, and a hearing having been held on November 16, 2009 at which the United States and objecting parties were present; and for the reasons set forth on the record, it is:

**ORDERED** that the United States' Motion to Reconsider a Stay of Consummation of Confirmation is **DENIED** in its entirety.

Dated: November 16, 2009        /s/ Rosemary Gambardella
                                The Honorable Rosemary Gambardella
                                UNITED STATES BANKRUPTCY JUDGE


Dated: November 16, 2009        /s/ Garrett E. Brown, Jr.,
                                The Honorable Garrett E. Brown, Jr.
                                CHIEF UNITED STATES DISTRICT JUDGE